**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7517**

—————————

DARRELL DEVON HUNTER,

            Plaintiff - Appellant,

      v.

IGC KEN RAINWATER; WARDEN MICHAEL SHEEDY; DHO ANGELIA R. BROWN; IGA ANN HALLMAN,

            Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District Judge.  (0:06-cv-02505-HMH)

—————————

Submitted:  February 21, 2008      Decided:  February 26, 2008

—————————

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Darrell Devon Hunter, Appellant Pro Se. John Evans James, III, LEE, ERTER, WILSON, JAMES, HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Devon Hunter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hunter v. Rainwater, No. 0:06-cv-02505-HMH (D.S.C. Sept. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED